**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

USA,

        Plaintiff,

  v.                                     Case No. 4:12-cr-177-03

Zachary Russell Mills,

        Defendant.

Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel L. Hovland | Date: November 4, 2013 |
| Bismarck, North Dakota | Time: 11:00 a.m. |
| Court Reporter: Sandie Ehrmantraut | Recess: 12:25 p.m. |
| Proceeding: Sentencing Hearing | Clerk: Kari M. Knudson |
| Appearances: | USPO: Kera Helderop |

    Damian Huettl, CJA, for Defendant
    Lisa Hay, AFPD District of Oregon, for Defendant, via video
    David Hagler, ASUA, for Plaintiff

Court in session – Defendant present.
Court notes appearance of counsel.
Defense counsel requests transcript of hearing be sealed.
Court grants request.
The parties have no factual disputes or objections to the Sentencing Guideline calculations.
<u>Leland Hale,</u> sworn and testifies for the defendant, via video.
<u>Mike Hugger,</u> sworn and testifies for the defendant, via video.
<u>Mike McFarland, Pretrial Service Officer, USPO - Oregon</u>, sworn and testifies for the defendant, via video.
<u>Michelle Mills</u>, sworn and testifies for the defendant.
Court entertains sentencing recommendations from the parties.
Government moves for a departure from the Sentencing Guidelines.
Defendant addresses the Court.
The Court adopts the factual findings and Sentencing Guideline calculations set forth in the PSR.
Court grants the Government's request for a downward departure.
Sentence imposed.
The defendant informed of his right to appeal.
Government moves to dismiss Counts Two and Three of the Indictment. Court grants motion.
Court in recess.